UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **CHRISTOPHER DERAMUS,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Case Number: CV 01-S-297-NE |
| **GOVERNOR DON SIEGELMAN,** et al., | ) |
| **Defendants.** | ) |

## MEMORANDUM OF OPINION

On January 25, 2006, the plaintiff was ordered to inform the court within twenty (20) days whether he intended to continue the above-styled lawsuit. The plaintiff responded with a request for an extension of time, which was granted. The extended time for responding now has expired, however, and the plaintiff has failed to notify the court whether he desires to continue this lawsuit. Accordingly, this action is due to be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute. A Final Judgment will be entered.

**DONE** this 30th day of March, 2006.

_____
United States District Judge